Abraham Silbar, Defendant in Error, v. Frank W. Engwald, Plaintiff in Error.

Gen. No. 21,727.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. PATRICK B. FLANAGAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Affirmed. Opinion filed March 8, 1917.

### Statement of the Case.

Action by Abraham Silbar, plaintiff, against Frank W. Engwald, defendant, to recover rent under a lease. From a judgment for plaintiff, defendant brings error.

P. J. TUOHY, for plaintiff in error.

MORRIS LOEFF and HERMAN HERSON, for defendant in error.

MR. JUSTICE GOODWIN delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1410*—*when verdict not set aside as against manifest weight of evidence.* Where the only witnesses in a case were the two parties thereto whose testimony was contradictory, *held* that it would be impossible to say the finding was against the manifest weight of the evidence.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.